# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF RICHARD GARCIA, and MRS. SUSAN GARCIA | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA | ) ) |
| Defendants. | ) ) |
| | ) Case No. 3AN-10-_____CV |

## COMPLAINT

COMES NOW the plaintiffs, The Estate of Richard Garcia via personal representative Susan Garcia and Mrs. Susan Garcia individually, and assert claims against defendant The United States of America as follows:

### JURISDICTIONAL STATEMENT

1. The Estate of Richard Garcia, through personal representative Susan Garcia, and Mrs. Susan Garcia are residents of the State of Alaska

2. The acts or omissions upon which these claims are based occurred in Anchorage, Alaska.

3. This action is brought pursuant to the Federal Tort Claims Act (hereinafter FTCA), 28 U.S.C. § 2674 (hereinafter FTCA), and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1346 (b). Venue in this district is authorized by 28 U.S.C. § 1402(b).

4. Notice of this claim as required by 28 U.S.C. § 2675 was received by the U.S. Department of Health and Human Services (hereinafter DHHS) on 10/19/2009. On or about 12/8/2009, DHHS invited plaintiffs to participate in the "early offers pilot program" which plaintiff accepted.

5. Defendant has not rendered a final decision but less than six months has elapsed since plaintiffs submitted the administrative claim. Nevertheless, DHHS invited plaintiff to file suit if a final decision was not rendered prior to the expiration of the Statute of Limitations. Richard Garcia died on February 26, 2008 and this protective complaint is filed to preserve the claims made herein.

Kelley & Canterbury, LLC
821 N Street, Suite 205
Anchorage, AK 99501
(907) 276-8185

*The Estate of Richard Garcia et al vs. The United States of America*
Complaint        Page 1 of 4

6. The Alaska Native Medical Center (hereinafter ANMC) is operated by Alaska Native Tribal Health Consortium (hereinafter ANTHC) in Anchorage, Alaska. ANMC is a compacting entity of the Indian Health Service (hereinafter IHS). Healthcare providers at ANMC are employees of the United States of America for purposes of liability, under the FTCA, and acted within the scope of employment while carrying out the compact with IHS.

7. At all times pertinent to this complaint, the employees of ANMC who are alleged to have acted in a negligent manner acted within the scope of their employment.

## COUNT I

### FAILURE TO DIAGNOSE/DELAYED DIAGNOSIS

8 Paragraphs 1 through 7 of this complaint are incorporated herein by reference, and for a separate cause of action plaintiffs allege:

9. Richard Garcia, born 7/8/61, was a native person entitled to medical services through ANMC. Susan Garcia is the widow of Mr. Richard Garcia. There are five adult children from the marriage of Mr. Richard and Susan Garcia.

10. On or about 4/7/06 Mr. Richard Garcia presented to ANMC with right ankle and lower extremity pain. Mr. Garcia was diabetic and reported the diabetic condition to medical providers at ANMC.

11. From 4/7/06 until death (February 26, 2008), Mr. Garcia treated at ANMC and was diagnosed with right tendonitis of the tibia, strained/sprained right foot, and ganglion on the lower extremity.

12. On 1/2/07 ANMC surgically drained a ganglion on the right lower extremity but did not subject the surgically treated tissue to biopsy.

13. From April 2006 to March 2007, ANMC healthcare providers employed by the United States of America failed to ascertain an organic cause of the problematic lower extremity condition. ANMC providers failed to perform diagnostic tests to confirm a clinical diagnosis.

14. On or about 3/28/07, defendant referred Mr. Garcia to healthcare providers in Seattle, Washington (Seattle Cancer Care Alliance, Dr. Conrad), who had a contract with ANMC.

/

/

Kelley & Canterbury, LLC
821 N Street, Suite 205
Anchorage, AK 99501
(907) 276-8185

*The Estate of Richard Garcia et al vs. The United States of America*
*Complaint    Page 2 of 4*

Case 3:10-cv-00023-HRH   Document 1   Filed 02/05/10   Page 2 of 4

15. On or about 3/28/07, Dr. Conrad evaluated Mr. Garcia at Seattle Cancer Care Alliance. A biopsy of the affected tissue was conducted. Synovial sarcoma of Mr. Garcia's lower right extremity was ascertained.

16. On 4/12/07, a "below the knee amputation" (hereinafter BKA) was performed in Seattle, Washington. Not all of the sarcoma was removed in the amputation procedure. Care providers advised Mr. Garcia that he had terminal cancer.

17. By April 2007, the sarcoma advanced and could not be destroyed with surgical procedures, radiation, or chemotherapy. The advanced stage sarcoma was a direct and legal result of defendant's failure to diagnose or make reasonable efforts to diagnose, including but not limited to, failure to conduct a biopsy or perform diagnostic tests in a timely fashion to detect sarcoma at an earlier stage.

18. Defendant's treatment of Mr. Garcia fell below the standard of care for ANMC health care providers and ANMC healthcare system, by failing to order or conduct diagnostic imaging and/or testing of tumors in a timely fashion that would have diagnosed the sarcoma, in the right lower extremity.

19. As a result of defendant's failure to follow standard of care, failure to diagnose, and misdiagnosis, the sarcoma was not detected in sufficient time to save Mr. Garcia. Detection of the sarcoma was delayed to the point that there was no opportunity to eradicate the sarcoma.

## Count II

### Wrongful Death 09.55.580, Survivorship and Negligent Infliction of Emotional Distress

20. Paragraphs 1-19 of Count I of this complaint are incorporated herein by reference, and for a separate cause of action allege:

21. Defendant's negligence in failing to diagnose and misdiagnose the sarcoma was a substantial factor in Mr. Garcia's premature and wrongful death of which entitles to recovery of funeral expenses, past and future wage loss, past pain, disfigurement, physical impairment, suffering, fear, anxiety, emotional distress, and loss of consortium.

/

/

/

/

Kelley & Canterbury, LLC
821 N Street, Suite 205
Anchorage, AK 99501
(907) 276-8185

*The Estate of Richard Garcia et al vs. The United States of America*
*Complaint          Page 3 of 4*

Case 3:10-cv-00023-HRH   Document 1   Filed 02/05/10   Page 3 of 4

22. Plaintiff Susan Garcia, the widow of the deceased Mr. Garcia, personal representative and beneficiary of Mr. Richard Garcia's estate, brings this wrongful death action and individually asserts claims for damages of: 1.) Loss of consortium; 2.) Emotional distress; 3.) Negligent infliction of emotional distress; 4.) Past and future economic losses; 5.) Past and future non-economic losses, the exact amount of which to be determined at trial

23. The defendant had a duty to provide reasonable standards of care to diagnose and treat Mr. Garcia and breach of those duties caused foreseeable harm of emotional distress and other economic and noneconomic losses to Mrs. Susan Garcia.

WHEREFORE, plaintiffs pray for relief as follows:

A. Judgment against the United States of America for negligence and compensation for injuries, harms, losses that legally result from the wrongful death of Mr. Garcia in an amount to be proven at trial and within the jurisdiction of the court, for harms, losses and damages sustained by The Estate of Richard Garcia and its beneficiaries as a result of the negligence of defendant, its agencies and employees.

B. Judgment against the United States of America for an amount to be proven at trial, for all a harms, losses and damages sustained by Mrs. Susan Garcia as a result of defendant's.

C. For costs, interest, and attorneys fees.

D. Such other and further relief as this court deems just and equitable.

DATED this 4 day of February, 2010.

Kelley & Canterbury
Attorneys for Plaintiff

By: Leonard T. Kelley
ABA No. 7605039

Kelley & Canterbury, LLC
821 N Street, Suite 205
Anchorage, AK 99501
(907) 276-8185

*The Estate of Richard Garcia et al vs. The United States of America*
*Complaint* Page 4 of 4

Case 3:10-cv-00023-HRH   Document 1   Filed 02/05/10   Page 4 of 4