**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

THE ESTATE OF RICHARD GARCIA,
et al.,
        Plaintiffs,

Case Number 3:10-cv-00023-HRH

v.

UNITED STATES OF AMERICA,
        Defendant.      **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiffs' complaint is dismissed without prejudice pursuant to Rule 12(b)(1), Federal Rules of Civil Procedure.

APPROVED:

/s/H. Russel Holland
H. Russel Holland
United States District Judge

Date: June 25, 2010

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh, Acting
Clerk of Court

[A10-023.judgment.wpd]{JMT2.WPT*Rev.3/03}